## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### Case No. 1:16-cv-23409-Gayles/Louis

| | |
|---|---|
| STEVEN MICHAEL COX, individually and on behalf of those similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| PORSCHE FINANCIAL SERVICES, INC., | ) ) |
| Defendant. | ) |

### DEFENDANT PORSCHE FINANCIAL SERVICES, INC.'S
### STATEMENT OF UNDISPUTED MATERIAL FACTS

Pursuant to Local Rule 56.1(a), Defendant Porsche Financial Services, Inc. submits the following statement of material facts as to which there is no genuine issue to be tried, in support of its motion for partial summary judgment:

1.      Pursuant to the Court's approval of the plan for class notice, Plaintiff's counsel identified 80 lease agreements as involving class members to receive class notice. (Ex. A (Mohr Decl.) ¶ 2.)

2.      Of the 80 class-member leases identified by Plaintiff's counsel, the following 17 leases had a total contractual obligation exceeding the applicable threshold amount under Regulation M as of the date the lease was executed:

| Bates Range | Date Lease Executed | Total Contractual Obligation (Line 8(G)) |
|---|---|---|
| PORSCHE000025 | 11/29/2012 | $52,664.40 |
| PORSCHE000043–44 | 12/30/2009 | $32,439.24 |
| PORSCHE000045 | 3/17/2010 | $36,999.72 |
| PORSCHE000046–47 | 10/21/2010 | $66,874.32 |

| | | |
|---|---|---|
| PORSCHE000048 | 10/26/2010 | $84,750.48 |
| PORSCHE000050 | 3/15/2011 | $38,740.68 |
| PORSCHE000051 | 5/19/2011 | $58,899.24 |
| PORSCHE000057 | 3/10/2012 | $52,493.76 |
| PORSCHE000075 | 6/30/2014 | $102,462.45 |
| PORSCHE000081 | 11/29/2014 | $55,464.84 |
| PORSCHE000089 | 4/27/2015 | $67,636.80 |
| PORSCHE000092 | 12/17/2015 | $61,377.00 |
| PORSCHE000101 | 6/24/2016 | $61,377.00 |
| PORSCHE001608 | 9/2/2016 | $56,074.80 |
| PORSCHE001618–19 | 1/25/2017 | $57,297.96 |
| PORSCHE001620–21 | 2/8/2017 | $61,914.24 |
| PORSCHE001624–25 | 2/14/2017 | $57,746.16 |

(Ex. A (Mohr Decl.) ¶ 2 & Ex. 1; 12 C.F.R. § Pt. 213, Supp. I, Section 213.2(e)(11).)

3.  Of the 80 class-member leases identified by Plaintiff's counsel, the following 20

leases were terminated prior to August 8, 2015:

| Bates Range | Lease Number | Date of Lease Termination |
|---|---|---|
| PORSCHE000003 | 1100101007 | 7/29/2013 |
| PORSCHE000004 | 1100106071 | 3/4/2015 |
| PORSCHE000011 | 1100111232 | 7/14/2015 |
| PORSCHE000012 | 1100111596 | 8/4/2015 |
| PORSCHE000025 | 1100103041 | 10/30/2014 |
| PORSCHE000043–44 | 1100071956 | 10/22/2012 |
| PORSCHE000045 | 1100073113 | 3/1/2013 |
| PORSCHE000046–47 | 1100078379 | 10/10/2012 |
| PORSCHE000048 | 1100078536 | 3/28/2013 |
| PORSCHE000050 | 1100081963 | 3/19/2014 |
| PORSCHE000051 | 1100083931 | 12/5/2013 |
| PORSCHE000052 (duplicate of PORSCHE002576) | 1100091875 | 8/28/2013 |
| PORSCHE000054 (duplicate of PORSCHE002579) | 1100092384 | 12/20/2013 |
| PORSCHE000055 | 1100094968 | 1/12/2015 |
| PORSCHE000057 | 1100096192 | 4/22/2014 |
| PORSCHE000058 | 1100103884 | 7/11/2014 |
| PORSCHE000059 | 1100104467 | 1/20/2015 |
| PORSCHE000060 | 1100106924 | 1/20/2015 |
| PORSCHE000063 (duplicate of PORSCHE002583) | 1100109505 | 6/10/2015 |
| PORSCHE000082 | 1100129230 | 2/5/2015 |

(Ex. A (Mohr Decl.) ¶¶ 2–3 & Ex. 2; ECF No. 125-10 (Supena Decl.) ¶¶ 2–4.)

4.      Plaintiff Cox never contacted Porsche Financial Services, Inc. to request a refund of sales tax that he believed had been charged improperly as part of his March 10, 2015, lease with Porsche of Fort Myers. (Ex. B (Cox. Dep. excerpts) at 14:12–14, 38:4–6.)

5.      Plaintiff Cox never requested an assignment from Porsche of Fort Myers or from Porsche Financial Services, Inc. to pursue administrative refund procedures with the Florida Department of Revenue. (Ex. B (Cox Dep. excerpts) at 154:16–155:10.)

Respectfully submitted,

| | |
|---|---|
| */s/ Thomas M. Byrne* | */s/ Steven Ellison* |
| Thomas M. Byrne (*pro hac vice*) | Jacqueline S. Miller (28900) |
| Valerie S. Sanders (*pro hac vice*) | Steven Ellison (510319) |
| Stacey M. Mohr (*pro hac vice*) | NELSON MULLINS BROAD AND CASSEL |
| EVERSHEDS SUTHERLAND (US) LLP | One North Clematis Street, Ste. 500 |
| 999 Peachtree Street, NE, Ste. 2300 | West Palm Beach, Florida 33401 |
| Atlanta, Georgia 30309-3996 | 561.832.3300 (t) |
| 404.853.8000 (t) | 561.655.1109 (f) |
| 404.853.8806 (f) | jacqueline.miller@nelsonmullins.com |
| tombyrne@eversheds-sutherland.com | steven.ellison@nelsonmullins.com |
| valeriesanders@eversheds-sutherland.com | |
| staceymohr@eversheds-sutherland.com | |

*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on August 1, 2019, I electronically filed the foregoing

**Defendant Porsche Financial Services, Inc.'s Statement of Undisputed Material Facts** with

the Clerk of Court using the CM/ECF filing system. I further certify that the foregoing document

was served on all counsel of record via transmission of the Notice of Electronic Filing generated

by the Court's CM/ECF system.

*/s/ Steven Ellison*
Steven Ellison (510319)